UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARIA D. CABRERA SOTO,<br><br>Defendant. | Case No. 24-cv-02553-SI<br><br>**ORDER DENYING EX PARTE APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19 |

The Court DENIES plaintiff's request to continue the initial case management conference scheduled for August 16, 2024. The Court will discuss plaintiff's request for an extension of time to serve defendant at the conference.

**IT IS SO ORDERED**.

Dated: August 13, 2024

_____
SUSAN ILLSTON
United States District Judge